No. 15,962.

CASE *v.* BLACKMAN.
(194 P. [2d] 908)

Decided June 1, 1948.

PER CURIAM.

Judgment affirmed en banc without written opinion.

MR. JUSTICE HAYS not participating.

Mr. PAUL M. CLARK, Mr. LAWRENCE M. WOOD, for plaintiff in error.

Mr. WILLIAM H. SCOFIELD, for defendant in error.